


Home  >  Our Products  >  Water Slides  >  Icons  >  Orbiter

## ICONS
## ORBITER WATER SLIDE
The world's first 360-degree ascending loop family raft ride

Inspired by our AquaLoop water slide, that is as captivating for spectators as it is for riders, Orbiter allows family and friends to share the experience of a complete high-thrill 360° loop, while eager onlookers watch on, building their own anticipation.

A water slide built for excitement, Orbiter starts with an enclosed tube that leads into an open twisted drop that races rafts into the angled and twisted Orbiter loop. Here, rafts make a high-banking circumnavigation along the outside wall of the disc, building height as they reach the apex before a high-speed drop down into the pool entry. It's an unparalleled ride experience never before seen in water parks.



**KEY PRODUCT HIGHLIGHTS**

     

360° Loop | High-banking turns | Extreme Gs | 6-person | 1080 riders/hr | All ages



2018 Brass Ring Award Winner



ProSlide Tech., Inc. v. WhiteWater W. Indus., Ltd.
**Plaintiff's Trial Exhibit**
**127**
6:20-cv-02189-CEM-DCI

3/24/2022



1  2  3  4  5  6  7

## OVER 5,000 INSTALLATIONS WORLDWIDE

Take a look at some projects containing this product



WATER PARKS

**ADVENTURE BAY AT OCT FABLAND**

Xiangyang, Asia Pacific

## WE ALSO RECOMMEND THESE PRODUCTS

3/24/2022






**RATTLER**

**DEMOGRAPHIC:** All Ages
**GUESTS:** 1+
**EXPERIENCE:** Exciting

**CONSTRICTOR**

**DEMOGRAPHIC:** All Ages
**GUESTS:** 1+
**EXPERIENCE:** Exciting

**ANACONDA**

**DEMOGRAPHIC:** All Ages
**GUESTS:** 6+
**EXPERIENCE:** Fun

**BLASTERANGO**

**DEMOGRAPHIC:** All Ages
**GUESTS:** 2+
**EXPERIENCE:** Exciting



**AQUALOOP**

**DEMOGRAPHIC:** Teen+
**GUESTS:** 1+
**EXPERIENCE:** High Thrill



**TURN YOUR VISION INTO REALITY**

We have an international team of experts ready to discuss your project with you.

GET IN TOUCH →

Share

3/24/2022

