# Exhibit A

A                                           **COSTS SUMMARY**

| EXHIBIT | DESCRIPTION | SUBTOTAL | TOTAL AMOUNT |
|---|---|---|---|
| B | Fees of the Clerk | | $ 402.00 |
| | Transcripts | | $ 112,543.95 |
| C-1 | Depositions | $ 97,672.70 | |
| C-2 | Trial and other hearings | $ 14,871.25 | |
| D | Printing | | $ 6,383.87 |
| | Fees for Witnesses | | $ 19,853.50 |
| E-1 | Hunter Trial Expenses | $ 2,751.50 | |
| | Hunter Transportation | $ 2,795.93 | |
| | Hunter Attendance Fee | $ 360.00 | |
| E-2 | Smegal Trial Expenses | $ 2,124.50 | |
| | Smegal Transportation | $ 1,007.20 | |
| | Smegal Attendance Fee | $ 160.00 | |
| E-3 | Reed Trial Expenses | $ 1,079.50 | |
| | Reed Transportation | $ 972.79 | |
| | Reed Attendance Fee | $ 120.00 | |
| E-4 | Young Trial Expenses | $ 2,124.50 | |
| | Young Transportation | $ 1,827.72 | |
| | Young Attendance Fee | $ 320.00 | |
| E-5 | Tanzer Trial Expenses | $ 2,124.50 | |
| | Tanzer Transportation | $ 1,925.36 | |
| | Tanzer Attendance Fee | $ 160.00 | |
| | Fees for exemplification and making copies | | $ 261,756.40 |
| F-1 | Conversion of Excel charts to pdf | $ 662.40 | |
| F-2 | eDiscovery - data ingestion and production | $ 29,307.00 | |
| F-3 | eDiscovery - maintenance, database loading, production, and document storage in electronic form | $ 231,787.00 | |
| | **Grand Total** | | $ 400,939.72 |