# Exhibit B

**Melissa Hill**

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **Sent:** | Tuesday, December 1, 2020 12:22 PM |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 6:20-cv-02189 ProSlide Technology, Inc. v. WhiteWater West Industries, Ltd. Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered by Ford, Taylor on 12/1/2020 at 12:21 PM EST and filed on 12/1/2020

| | |
|---|---|
| **Case Name:** | ProSlide Technology, Inc. v. WhiteWater West Industries, Ltd. |
| **Case Number:** | 6:20-cv-02189 |
| **Filer:** | ProSlide Technology, Inc. |
| **Document Number:** | 1 |

**Docket Text:**
**COMPLAINT *for Patent Infringement* against WhiteWater West Industries, Ltd. with Jury Demand (Filing fee $ 402 receipt number 113A-17606173) filed by ProSlide Technology, Inc.. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Civil Cover Sheet, # (9) Proposed Summons)(Ford, Taylor)**


**6:20-cv-02189 Notice has been electronically mailed to:**

Taylor Flanagan Ford     tford@kbzwlaw.com, courtfilings@kbzwlaw.com, mhill@kbzwlaw.com

**6:20-cv-02189 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/1/2020] [FileNumber=20334508-0] [2cbbce7221afff6f2c40f1b824b3ef8c3478fe9ccb7a5650cbec5a810072536125 f0d5682ea0f6bbf9bd499a65b6d90200d068239659b0d6371a327feb82839f]]

**Document description:**Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/1/2020] [FileNumber=20334508-1] [34d84addbb6131c137f46872ac90c5527ed1ec5c964e01f95ea89e3d75e541a62171ef1b0afaef89f23d96d5b9c10acc6d063659590204a436276aafe332c535]]
**Document description:**Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/1/2020] [FileNumber=20334508-2] [7691f4ff66499c8cf8bd304a27eaed0f4d2c794f8afc3d7d5c60d631d9a4b85f911386c13c5bea90725df58a3ad790feca016ab16f4fc1ab48570e642de5eeb5]]
**Document description:**Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/1/2020] [FileNumber=20334508-3] [3531e089232657ef52b42b9988c5a5552efdb1647d9cdbf7446a37b327a190a8dbed8381b4499e48123b5b1ab53967d362efa00ad0c130db2b2f38cd7077b6c2]]
**Document description:**Exhibit 4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/1/2020] [FileNumber=20334508-4] [0e4a06d7196cf48faff63a80396e8bba36f5504b741b03cfb3860296183b2eb053e446bf9be9f995a6fe5d8ef9f182e12f72a575ebf6ea4013a9abe4c9b6e66e]]
**Document description:**Exhibit 5
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/1/2020] [FileNumber=20334508-5] [2bda9618a2f9460291d5ad2cc088586c7d16c61b2837b14f68f147ef26242a8f554baaf0cc9438569aae2a1e3f6f6d60f1bf366b0092743fe9e34b59c15ea319]]
**Document description:**Exhibit 6
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/1/2020] [FileNumber=20334508-6] [59045e0a2ce44728a5b1e2fc86fae6c4e819e09e169e4c13f300a72d74d766abcba4c91bdfd56d201867cdf1297e92cfd8bd274b559c26f4295e519a100d0121]]
**Document description:**Exhibit 7
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/1/2020] [FileNumber=20334508-7] [3252538034381cd0fbcb0baa5c21f08bcc58820626d36de50d551bbab83f339cb2ea0bd8e619f28c05ca8faaadbf0b12bbe44ee8a85df919c85ebb55945cfa48]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/1/2020] [FileNumber=20334508-8] [70e03233d9a2e65c595c611b75b6e35589d2357479c481a6dd96a00a4c81d2b44c72f227af8ad254ae8b372eec6307258a8c97d25b84ee88e9fad7832a08fea2]]
**Document description:**Proposed Summons
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/1/2020] [FileNumber=20334508-

9] [5448bcb31b6ed9ef8a7353795ebf0d50e7dd939cd7b1569deff66ca140d38532e7b32d8fcb5353ba9a6d6c266ad05e574743e5355f8216cc93bf9e94ee566367]]