# Exhibit C-2

**Transcripts - Trial and Hearings**

| Date | Description | Dkt. No. | Transcript | Realtime Feed (1st) | Realtime Feed (2nd) | Total |
|---|---|---|---|---|---|---|
| 5/12/2022 | Markman hearing before Judge Mendoza | 73 | $ 412.25 | | | $ 412.25 |
| 10/6/2022 | Motions hearing before Judge Irick | 119 | $ 79.20 | | | $ 79.20 |
| 12/1/2022 | Motions hearing before Judge Irick | 156 | $ 25.20 | | | $ 25.20 |
| 7/26/2023 | Telephonic conference before Judge Mendoza | 321 | $ 7.20 | | | $ 7.20 |
| 8/22/2023 | Telephonic status conference before Judge Mendoza | 309 | $ 15.60 | | | $ 15.60 |
| 9/18/2023 | Telephonic status conference before Judge Mendoza | 329 | | | | $ - |
| 9/19/2023 | Telephonic status conference before Judge Mendoza | 332 | $ 27.60 | | | $ 27.60 |
| 9/20/2023 | Telephonic status conference before Judge Mendoza | 327 | | | | $ - |
| 10/23/2023 | Pretrial conference before Judge Mendoza | 433 | $ 82.35 | | | $ 82.35 |
| 10/26/2023 | Telephonic final pretrial conference before Judge Mendoza | 443 | $ 71.55 | | | $ 71.55 |
| 10/30/2023 | Trial Vol. 1 | 447 | $ 217.35 | $ 364.25 | $ 364.25 | $ 945.85 |
| 10/30/2023 | Trial Vol. 2 | 448 | $ 129.60 | $ 204.45 | | $ 334.05 |
| 10/31/2023 | Trial Vol. 3 | 450 | $ 213.30 | $ 359.55 | $ 359.55 | $ 932.40 |
| 10/31/2023 | Trial Vol. 4 | 451 | $ 257.85 | $ 418.30 | | $ 676.15 |
| 11/1/2023 | Trial Vols. 5 and 7 | 455, 456 | $ 249.75 | $ 420.65 | $ 420.65 | $ 1,091.05 |
| 11/1/2023 | Trial Vol. 6 | 457 | $ 247.05 | $ 418.30 | $ 418.30 | $ 1,083.65 |
| 11/2/2023 | Trial Vol. 8 | 461 | $ 211.95 | $ 359.55 | $ 359.55 | $ 931.05 |
| 11/2/2023 | Trial Vol. 9 | 462 | $ 209.25 | $ 343.10 | $ 343.10 | $ 895.45 |
| 11/3/2023 | Trial Vol. 10 | 466 | $ 216.00 | $ 368.95 | $ 368.95 | $ 953.90 |
| 11/3/2023 | Trial Vol. 11 | 467 | $ 168.75 | $ 286.70 | $ 286.70 | $ 742.15 |
| 11/6/2023 | Trial Vol. 12 | 476 | $ 168.75 | $ 286.70 | $ 286.70 | $ 742.15 |
| 11/6/2023 | Trial Vol. 13 | 479 | $ 207.90 | $ 352.50 | $ 352.50 | $ 912.90 |
| 11/7/2023 | Trial Vol. 14 | 483 | $ 74.25 | $ 122.20 | $ 122.20 | $ 318.65 |
| 11/7/2023 | Trial Vol. 15 | 490 | $ 271.35 | $ 458.25 | $ 458.25 | $ 1,187.85 |
| 11/8/2023 | Trial Vol. 16 | 494 | $ 302.40 | $ 519.35 | $ 519.35 | $ 1,341.10 |
| 11/8/2023 | Trial Vol. 17 | 495 | $ 220.05 | $ 354.85 | $ 354.85 | $ 929.75 |
| 11/9/2023 | Trial Vol. 18 | 497 | $ 29.70 | $ 44.65 | $ 44.65 | $ 119.00 |
| 12/12/2023 | Post-Trial Motion Scheduling Hearing | 510 | $ 13.20 | | | $ 13.20 |

**Grand total:** $ 14,871.25



**Suzanne Trimble, CCR, RPR, CRR**
401 W. Central Boulevard, Suite 4600
Orlando, FL  32801
(253) 677-3899
trimblecourtreporter@gmail.com

# Invoice

| BILL TO |
|---|
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL  32801 |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
|---|---|---|---|---|---|
| 2798 | 06/03/2022 | $412.25 | | | |

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 05/12/2022 | ProSlide v. WhiteWater
6:20-cv-02189
Civil 7-Day Turnaround Transcript | 85 | 4.85 | 412.25 |

Certification:                                                    BALANCE DUE                    **$412.25**
I certify that the transcript fees charged and page format used
comply with the requirements of this Court and the Judicial
Conference of the United States
/s/Suzanne Trimble

Please make checks payable to Suzanne Trimble



Payment receipt

# You paid $79.20

to Suzanne Trimble, CCR, RPR, CRR on 10/25/2022

| | |
|---|---|
| Invoice no. | 2831 |
| Invoice amount | $79.20 |
| Total | $79.20 |

No additional transfer fees or taxes apply.

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MU0119811155 |

Thank you



Suzanne Trimble, CCR, RPR, CRR

(253) 677-3899

trimblecourtreporter@gmail.com

401 W. Central Boulevard, Suite 4600, Orlando, FL 32801

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/.



**Suzanne Trimble, CCR, RPR, CRR**
401 W. Central Boulevard, Suite 4600
Orlando, FL  32801
(253) 677-3899
trimblecourtreporter@gmail.com

# Invoice

| BILL TO |
| --- |
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. |
| P.O. Box 1631 |
| Orlando, FL  32801 |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 2831 | 10/25/2022 | $79.20 | | | |

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/06/2022 | ProSlide v. WhiteWater<br>6:20-cv-02189<br>Civil Same Day Expedite Digital Transcription Copy | 66 | 1.20 | 79.20 |

Certification:
I certify that the transcript fees charged and page format used
comply with the requirements of this Court and the Judicial
Conference of the United States
/s/Suzanne Trimble

**BALANCE DUE**     **$79.20**

Please make checks payable to Suzanne Trimble



**Suzanne Trimble, CCR, RPR, CRR**
401 W. Central Boulevard, Suite 4600
Orlando, FL  32801
(253) 677-3899
trimblecourtreporter@gmail.com

# Invoice

| BILL TO |
|---|
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.<br>P.O. Box 1631<br>Orlando, FL  32801 |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
|---|---|---|---|---|---|
| 2848 | 12/14/2022 | $25.20 | | | |

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 12/01/2022 | ProSlide v. WhiteWater<br>6:20-cv-2189<br>Civil Same Day Expedite Transcript Copy | 21 | 1.20 | 25.20 |

Certification:                                      BALANCE DUE                **$25.20**
I certify that the transcript fees charged and page format used
comply with the requirements of this Court and the Judicial
Conference of the United States
/s/Suzanne Trimble

Please make checks payable to Suzanne Trimble



Payment receipt

# You paid $25.20

to Suzanne Trimble, CCR, RPR, CRR on 12/14/2022

---

| | |
|---|---:|
| Invoice no. | 2848 |
| Invoice amount | $25.20 |
| Total | $25.20 |

No additional transfer fees or taxes apply.

---

| | |
|---|---:|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MQ0139235716 |

Thank you



Suzanne Trimble, CCR, RPR, CRR

(253) 677-3899

trimblecourtreporter@gmail.com

401 W. Central Boulevard, Suite 4600, Orlando, FL 32801

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/.



Payment receipt

# You paid $7.20

to Suzanne Trimble, CCR, RPR, CRR on 9/14/2023

| | |
|---|---|
| Invoice no. | 2932 |
| Invoice amount | $7.20 |
| Total | $7.20 |

No additional transfer fees or taxes apply.

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MS0191065950 |

Thank you



Suzanne Trimble, CCR, RPR, CRR

(253) 677-3899

trimblecourtreporter@gmail.com

401 W. Central Boulevard, Suite 4600, Orlando, FL 32801

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA
94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit
Payments' money transmission licenses,
please visit
https://www.intuit.com/legal/licenses/payment-licenses/.



Payment receipt

# You paid $15.60

to Suzanne Trimble, CCR, RPR, CRR on 9/6/2023

| | |
|---|---:|
| Invoice no. | 2928 |
| Invoice amount | $15.60 |
| Total | $15.60 |

No additional transfer fees or taxes apply.

| | |
|---|---:|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MU0182724836 |

Thank you



Suzanne Trimble, CCR, RPR, CRR

(253) 677-3899

trimblecourtreporter@gmail.com

401 W. Central Boulevard, Suite 4600, Orlando, FL 32801

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/.



Payment receipt

# You paid $27.60

to Suzanne Trimble, CCR, RPR, CRR on 9/22/2023

| | |
|---|---|
| Invoice no. | 2938 |
| Invoice amount | $27.60 |
| Total | $27.60 |

No additional transfer fees or taxes apply.

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MQ0194238242 |

Thank you



Suzanne Trimble, CCR, RPR, CRR

(253) 677-3899

trimblecourtreporter@gmail.com

401 W. Central Boulevard, Suite 4600, Orlando, FL 32801

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA
94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit
Payments' money transmission licenses,
please visit
https://www.intuit.com/legal/licenses/payment-licenses/.



**Suzanne Trimble, CCR, RPR, CRR**
401 W. Central Boulevard, Suite 4600
Orlando, FL  32801
(253) 677-3899
trimblecourtreporter@gmail.com

# Invoice

| BILL TO |
|---|
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.<br>P.O. Box 1631<br>Orlando, FL  32801 |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
|---|---|---|---|---|---|
| 2938 | 09/22/2023 | $27.60 | | | |

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 09/19/2023 | ProSlide Technology v. WhiteWater West Industries<br>6:20-cv-2189<br>Civil Same Day Expedite Transcript Copy | 9 | 1.20 | 10.80 |
| 09/20/2023 | Civil Same Day Expedite Transcript Copy | 14 | 1.20 | 16.80 |

Certification:
I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States
/s/Suzanne Trimble

**BALANCE DUE**     **$27.60**

Please make checks payable to Suzanne Trimble



**Suzanne Trimble, CCR, RPR, CRR**
401 W. Central Boulevard, Suite 4600
Orlando, FL  32801
+1 2536773899
trimblecourtreporter@outlook.com

# Invoice

| BILL TO |
|---|
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. |
| P.O. Box 1631 |
| Orlando, FL  32801 |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
|---|---|---|---|---|---|
| 2948 | 10/23/2023 | $82.35 | | | |

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 10/23/2023 | ProSlide v. WhiteWater 6:20-cv-2189<br>civil daily delivery transcript<br>civil daily transcript copy | 61 | 1.35 | 82.35 |

Certification:                                            BALANCE DUE                    **$82.35**
I certify that the transcript fees charged and page format used
comply with the requirements of this Court and the Judicial
Conference of the United States
/s/Suzanne Trimble

Please make checks payable to Suzanne Trimble



Payment receipt

# You paid $82.35

to Suzanne Trimble, CCR, RPR, CRR on 10/24/2023

| | |
|---|---|
| Invoice no. | 2948 |
| Invoice amount | $82.35 |
| Total | $82.35 |

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MQ0198553384 |

Thank you



Suzanne Trimble, CCR, RPR, CRR

+1 2536773899

trimblecourtreporter@outlook.com

401 W. Central Boulevard, Suite 4600, Orlando, FL 32801

No additional transfer fees or taxes apply.

Intuit Payments Inc(IPI) process payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI's licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.



**Suzanne Trimble, CCR, RPR, CRR**
401 W. Central Boulevard, Suite 4600
Orlando, FL  32801
+1 2536773899
trimblecourtreporter@outlook.com

# Invoice

| BILL TO |
| --- |
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. |
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. |
| P.O. Box 1631 |
| Orlando, FL  32801 |
| United States |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 2951 | 10/26/2023 | $71.55 | | | |

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/26/2023 | ProSlide v. WhiteWater<br>6:20-cv-2189<br>Civil same-day delivery copy transcript | 53 | 1.35 | 71.55 |

Certification:
I certify that the transcript fees charged and page format used
comply with the requirements of this Court and the Judicial
Conference of the United States
/s/Suzanne Trimble

**BALANCE DUE**          **$71.55**

Please make checks payable to Suzanne Trimble



Payment receipt

# You paid $82.33

to 5uSanne zrimThel , , Cl CPCl , CC on 2R10/ 10R04

---

| Invoice no. | 0932 |
|---|---|
| Invoice amount | $82.33 |
| zotab | $82.33 |

---

| 5tatus | Paid |
|---|---|
| Payment method | , redit , ard |
| AuthoriSation ID | MQR29kk8k+29 |

zhan6 you



5uSanne zrimThel , , Cl CPCl , CC

72 034/ 884k99

trimThecourtreporter@outboo6.com

+R2 W. , entrabBoulevardl 5uite +/ RRl Orlandol FL 40kR2

No additionabtransfer fees or taxes apply.

Intuit Payments Inc(IPI) process payments as an agent of the Tusiness. Payments processed Ty IPI constitutes payment to the Tusiness and satisfies your oTbigation to pay the Tusinessl including in connection with any dispute or casel in baw or equity. Money movement services are provided Ty IPI pursuant to IPI's bicenses (NML5 #2R9kk29l https:1bwww.intuit.com1begab1bicenses1payment-bicenses). IPI is bocated at 08RR , oast Avenuel Mountain Viewl , A 9+R+4l 2-kkk-34/ -+kR2.

**StenoSuarez, LLC**

PO Box 3574

Orlando, FL  32802

heather@stenosuarez.com

stenosuarez.com



## Estimate

| ADDRESS | | ESTIMATE | 1002 |
|---|---|---|---|
| Dustin M. Mauser-Claasen | | DATE | 10/15/2023 |
| King, Blackwell, Zehnder & Wermuth, P.A. | | | |
| 25 East Pine Street | | | |
| Orlando, FL  32801 | | | |

| EVENT DATE | PRODUCT/SERVICE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 10/30/2023 | Next-Day Transcript | 150 | 1.35 | 202.50 |
| | RE: USDC No.: 6:20-cv-02189-CEM-DCI | | | |
| | ProSlide Technology, Inc., v. WhiteWater West Industries, Ltd. | | | |
| | NOTE: This estimate is based on half days. OCRs Suzanne Trimble and Heather Suarez to split trial days. | | | |
| | Jury Trial, Volume 2, before the Honorable Carlos E. Mendoza | | | |
| 10/30/2023 | Realtime Transcript | 125 | 2.35 | 293.75 |
| | per page per feed | | | |
| 10/30/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 10/30/2023 | ASCII | 150 | 1.00 | 150.00 |
| 10/30/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 10/31/2023 | Next-Day Transcript | 150 | 1.35 | 202.50 |
| | Jury Trial, Volume 4, before the Honorable Carlos E. Mendoza | | | |
| 10/31/2023 | Realtime Transcript | 125 | 2.35 | 293.75 |
| | per page per feed | | | |
| 10/31/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 10/31/2023 | ASCII | 150 | 1.00 | 150.00 |
| 10/31/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 11/01/2023 | Next-Day Transcript | 150 | 1.35 | 202.50 |
| | Jury Trial, Volume 6, before the Honorable Carlos E. Mendoza | | | |
| 11/01/2023 | Realtime Transcript | 125 | 2.35 | 293.75 |
| | per page per feed | | | |
| 11/01/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/01/2023 | ASCII | 150 | 1.00 | 150.00 |
| 11/01/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 11/02/2023 | Next-Day Transcript | 150 | 1.35 | 202.50 |

Jury Trial, Volume 8, before the Honorable Carlos E. Mendoza

| Date | Description | | | |
|---|---|---|---|---|
| 11/02/2023 | Realtime Transcript<br>per page per feed | 125 | 2.35 | 293.75 |
| 11/02/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/02/2023 | ASCII | 150 | 1.00 | 150.00 |
| 11/02/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 11/03/2023 | Next-Day Transcript<br>Jury Trial, Volume 10, before the Honorable Carlos E. Mendoza | 150 | 1.35 | 202.50 |
| 11/03/2023 | Realtime Transcript<br>per page per feed | 125 | 2.35 | 293.75 |
| 11/03/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/03/2023 | ASCII | 150 | 1.00 | 150.00 |
| 11/03/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 11/06/2023 | Next-Day Transcript<br>Jury Trial, Volume 12, before the Honorable Carlos E. Mendoza | 150 | 1.35 | 202.50 |
| 11/06/2023 | Realtime Transcript<br>per page per feed | 125 | 2.35 | 293.75 |
| 11/06/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/06/2023 | ASCII | 150 | 1.00 | 150.00 |
| 11/06/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 11/07/2023 | Next-Day Transcript<br>Jury Trial, Volume 14, before the Honorable Carlos E. Mendoza | 150 | 1.35 | 202.50 |
| 11/07/2023 | Realtime Transcript<br>per page per feed | 125 | 2.35 | 293.75 |
| 11/07/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/07/2023 | ASCII | 150 | 1.00 | 150.00 |
| 11/07/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |

Point of Contact: Angie Price <aprice@kbzwlaw.com>

TOTAL **$5,713.75**

CERTIFICATION: I certify that the transcript fees charged and page
format used comply with the requirements of this court and the Judicial
Conference of the United States.

Accepted By

Accepted Date



**Suzanne Trimble, CCR, RPR, CRR**
401 W. Central Boulevard, Suite 4600
Orlando, FL 32801
+1 2536773899
trimblecourtreporter@outlook.com

# Invoice

| BILL TO |
|---|
| King, Blackwell, Zehnder & Wermuth |
| P.O. Box 1631 |
| Orlando, FL 32801 |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
|---|---|---|---|---|---|
| 2945 | 10/17/2023 | $4,365.65 | | | |

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| | TOTAL OF FINAL INVOICE $10,079.15 | | | 0.00 |
| 10/30/2023 | ProSlide v. WhiteWater 6:20-cv-02189 civil daily transcript copy (pdf only) Jury Trial Volume 1 | 161 | 1.35 | 217.35 |
| 10/30/2023 | civil realtime 1st feed | 155 | 2.35 | 364.25 |
| 10/30/2023 | civil daily copy transcript additional copy (key word index) | 25 | 1.00 | 25.00 |
| 10/30/2023 | civil daily copy transcript additional copy (mini/condensed) | 161 | 1.00 | 161.00 |
| 10/30/2023 | civil daily copy transcript additional copy (ASCII) | 161 | 1.00 | 161.00 |
| 10/30/2023 | civil realtime 2nd feed | 155 | 2.35 | 364.25 |
| 10/31/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 3 | 158 | 1.35 | 213.30 |
| 10/31/2023 | civil realtime 1st feed | 153 | 2.35 | 359.55 |
| 10/31/2023 | civil daily copy transcript additional copy (key word index) | 29 | 1.00 | 29.00 |
| 10/31/2023 | civil daily copy transcript additional copy (mini/condensed) | 158 | 1.00 | 158.00 |
| 10/31/2023 | civil daily copy transcript additional copy (ASCII) | 158 | 1.00 | 158.00 |
| 10/31/2023 | civil realtime 2nd feed | 153 | 2.35 | 359.55 |
| 11/01/2023 | civil daily transcript copy (pdf only) Jury Trial Volumes 5 & 7 | 185 | 1.35 | 249.75 |
| 11/01/2023 | civil realtime 1st feed | 179 | 2.35 | 420.65 |
| 11/01/2023 | civil daily copy transcript additional copy (key word index) | 33 | 1.00 | 33.00 |
| 11/01/2023 | civil daily copy transcript additional copy (mini/condensed) | 185 | 1.00 | 185.00 |
| 11/01/2023 | civil daily copy transcript additional copy (ASCII) | 185 | 1.00 | 185.00 |
| 11/01/2023 | civil realtime 2nd feed | 179 | 2.35 | 420.65 |
| 11/02/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 8 | 157 | 1.35 | 211.95 |
| 11/02/2023 | civil realtime 1st feed | 153 | 2.35 | 359.55 |

Please make checks payable to Suzanne Trimble

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
|------|-------------|------:|-----:|-------:|
| 11/02/2023 | civil daily copy transcript additional copy (key word index) | 26 | 1.00 | 26.00 |
| 11/02/2023 | civil daily copy transcript additional copy (mini/condensed) | 157 | 1.00 | 157.00 |
| 11/02/2023 | civil daily copy transcript additional copy (ASCII) | 157 | 1.00 | 157.00 |
| 11/02/2023 | civil realtime 2nd feed | 153 | 2.35 | 359.55 |
| 11/03/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 10 | 160 | 1.35 | 216.00 |
| 11/03/2023 | civil realtime 1st feed | 157 | 2.35 | 368.95 |
| 11/03/2023 | civil daily copy transcript additional copy (key word index) | 24 | 1.00 | 24.00 |
| 11/03/2023 | civil daily copy transcript additional copy (mini/condensed) | 160 | 1.00 | 160.00 |
| 11/03/2023 | civil daily copy transcript additional copy (ASCII) | 160 | 1.00 | 160.00 |
| 11/03/2023 | civil realtime 2nd feed | 157 | 2.35 | 368.95 |
| 11/06/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 12 | 125 | 1.35 | 168.75 |
| 11/06/2023 | civil realtime 1st feed | 122 | 2.35 | 286.70 |
| 11/06/2023 | civil daily copy transcript additional copy (key word index) | 22 | 1.00 | 22.00 |
| 11/06/2023 | civil daily copy transcript additional copy (mini/condensed) | 125 | 1.00 | 125.00 |
| 11/06/2023 | civil daily copy transcript additional copy (ASCII) | 125 | 1.00 | 125.00 |
| 11/06/2023 | civil realtime 2nd feed | 122 | 2.35 | 286.70 |
| 11/07/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 14 | 55 | 1.35 | 74.25 |
| 11/07/2023 | civil realtime 1st feed | 52 | 2.35 | 122.20 |
| 11/07/2023 | civil daily copy transcript additional copy (key word index) | 11 | 1.00 | 11.00 |
| 11/07/2023 | civil daily copy transcript additional copy (mini/condensed) | 55 | 1.00 | 55.00 |
| 11/07/2023 | civil daily copy transcript additional copy (ASCII) | 55 | 1.00 | 55.00 |
| 11/07/2023 | civil realtime 2nd feed | 52 | 2.35 | 122.20 |
| 11/08/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 16 | 224 | 1.35 | 302.40 |
| 11/08/2023 | civil daily copy transcript additional copy (key word index) | 35 | 1.00 | 35.00 |
| 11/08/2023 | civil daily copy transcript additional copy (mini/condensed) | 224 | 1.00 | 224.00 |
| 11/08/2023 | civil daily copy transcript additional copy (ASCII) | 224 | 1.00 | 224.00 |
| 11/08/2023 | civil realtime 1st feed | 221 | 2.35 | 519.35 |
| 11/08/2023 | civil realtime 2nd feed | 221 | 2.35 | 519.35 |
| 11/09/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 18 | 22 | 1.35 | 29.70 |
| 11/09/2023 | civil daily copy transcript additional copy (key word index) | 5 | 1.00 | 5.00 |
| 11/09/2023 | civil daily copy transcript additional copy (mini/condensed) | 22 | 1.00 | 22.00 |
| 11/09/2023 | civil daily copy transcript additional copy (ASCII) | 22 | 1.00 | 22.00 |
| 11/09/2023 | civil realtime 1st feed | 19 | 2.35 | 44.65 |
| 11/09/2023 | civil realtime 2nd feed | 19 | 2.35 | 44.65 |

Please make checks payable to Suzanne Trimble

Certification:

I certify that the transcript fees charged and page format used
comply with the requirements of this Court and the Judicial
Conference of the United States

/s/Suzanne Trimble

PAYMENT                                    5,713.50
BALANCE DUE                            **$4,365.65**

Please make checks payable to Suzanne Trimble



**Suzanne Trimble, CCR, RPR, CRR**
401 W. Central Boulevard, Suite 4600
Orlando, FL  32801
+1 2536773899
trimblecourtreporter@outlook.com

# Invoice

| BILL TO |
|---|
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. |
| P.O. Box 1631 |
| Orlando, FL  32801 |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
|---|---|---|---|---|---|
| 2945 | 10/17/2023 | $5,713.75 | | | |

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 10/30/2023 | ProSlide v. WhiteWater 6:20-cv-02189 ESTIMATE FOR TRIAL TRANSCRIPTS 7 DAYS - ONLY 1/2 DAY OF EACH TRIAL DAY civil daily transcript copy (pdf only) Jury Trial Volume 1 | 150 | 1.35 | 202.50 |
| 10/30/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 10/30/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 10/30/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 10/30/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 10/31/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 3 | 150 | 1.35 | 202.50 |
| 10/31/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 10/31/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 10/31/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 10/31/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 11/01/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 5 | 150 | 1.35 | 202.50 |
| 11/01/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 11/01/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 11/01/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 11/01/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 11/02/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 7 | 150 | 1.35 | 202.50 |
| 11/02/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 11/02/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 11/02/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |

Please make checks payable to Suzanne Trimble

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 11/02/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 11/03/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 9 | 150 | 1.35 | 202.50 |
| 11/03/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 11/03/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 11/03/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 11/03/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 11/06/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 11 | 150 | 1.35 | 202.50 |
| 11/06/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 11/06/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 11/06/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 11/06/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 11/07/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 13 | 150 | 1.35 | 202.50 |
| 11/07/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 11/07/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 11/07/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 11/07/2023 | civil daily copy transcript additional copy | 150 | 1.00 | 150.00 |

Certification:
I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States
/s/Suzanne Trimble

**BALANCE DUE**                    **$5,713.75**

Please make checks payable to Suzanne Trimble

**StenoSuarez, LLC**

PO Box 3574

Orlando, FL  32802

heather@stenosuarez.com

stenosuarez.com



## INVOICE

| | |
|---|---|
| BILL TO | |
| Dustin M. Mauser-Claasen | |
| King, Blackwell, Zehnder & Wermuth, P.A. | |
| 25 East Pine Street | |
| Orlando, FL  32801 | |

| | |
|---|---|
| INVOICE | 1017 |
| DATE | 10/30/2023 |
| TERMS | Net 30 |
| DUE DATE | 11/29/2023 |

| PROCEEDING DATE | PRODUCT/SERVICE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 10/30/2023 | Deposit | 1 | -5,713.75 | -5,713.75 |
| 10/30/2023 | Next-Day Transcript<br>RE: USDC No.: 6:20-cv-02189-CEM-DCI<br>ProSlide Technology, Inc., v. WhiteWater West Industries, Ltd.<br><br>Jury Trial, Volume 2 - P.M. Session, before the Honorable Carlos E. Mendoza<br>DE 448 | 96 | 1.35 | 129.60 |
| 10/30/2023 | Realtime Transcript<br>per page per feed | 87 | 2.35 | 204.45 |
| 10/30/2023 | Realtime Transcript<br>per page per feed<br>*second feed no charge 10/30/2023 and 10/31/2023 | 87 | 0.00 | 0.00 |
| 10/30/2023 | Key Word Index | 14 | 1.00 | 14.00 |
| 10/30/2023 | ASCII | 96 | 1.00 | 96.00 |
| 10/30/2023 | Mini/Condensed | 96 | 1.00 | 96.00 |
| 10/31/2023 | Next-Day Transcript<br>Jury Trial, Volume 4 - P.M. Session, before the Honorable Carlos E. Mendoza<br>DE 451 | 191 | 1.35 | 257.85 |
| 10/31/2023 | Realtime Transcript<br>per page per feed | 178 | 2.35 | 418.30 |
| 10/31/2023 | Realtime Transcript<br>per page per feed<br>*second feed no charge 10/30/2023 and 10/31/2023 | 178 | 0.00 | 0.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 10/31/2023 | Key Word Index | 23 | 1.00 | 23.00 |
| 10/31/2023 | ASCII | 191 | 1.00 | 191.00 |
| 10/31/2023 | Mini/Condensed | 191 | 1.00 | 191.00 |
| 11/01/2023 | Next-Day Transcript<br>Jury Trial, Volume 6 - P.M. Session, before the Honorable Carlos E. Mendoza<br>DE 457 | 183 | 1.35 | 247.05 |
| 11/01/2023 | Realtime Transcript<br>per page per feed | 178 | 2.35 | 418.30 |
| 11/01/2023 | Realtime Transcript<br>per page per feed | 178 | 2.35 | 418.30 |
| 11/01/2023 | Key Word Index | 24 | 1.00 | 24.00 |
| 11/01/2023 | ASCII | 183 | 1.00 | 183.00 |
| 11/01/2023 | Mini/Condensed | 183 | 1.00 | 183.00 |
| 11/02/2023 | Next-Day Transcript<br>Jury Trial, Volume 9 - P.M. Session, before the Honorable Carlos E. Mendoza<br>DE 462 | 155 | 1.35 | 209.25 |
| 11/02/2023 | Realtime Transcript<br>per page per feed | 146 | 2.35 | 343.10 |
| 11/02/2023 | Realtime Transcript<br>per page per feed | 146 | 2.35 | 343.10 |
| 11/02/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/02/2023 | ASCII | 155 | 1.00 | 155.00 |
| 11/02/2023 | Mini/Condensed | 155 | 1.00 | 155.00 |
| 11/03/2023 | Next-Day Transcript<br>Jury Trial, Volume 11 - P.M. Session, before the Honorable Carlos E. Mendoza<br>DE 467 | 125 | 1.35 | 168.75 |
| 11/03/2023 | Realtime Transcript<br>per page per feed | 122 | 2.35 | 286.70 |
| 11/03/2023 | Realtime Transcript<br>per page per feed | 122 | 2.35 | 286.70 |
| 11/03/2023 | Key Word Index | 18 | 1.00 | 18.00 |
| 11/03/2023 | ASCII | 125 | 1.00 | 125.00 |
| 11/03/2023 | Mini/Condensed | 125 | 1.00 | 125.00 |
| 11/06/2023 | Next-Day Transcript<br>Jury Trial, Volume 13 - P.M. Session, before the Honorable Carlos E. Mendoza<br>DE 477 | 154 | 1.35 | 207.90 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 11/06/2023 | Realtime Transcript<br>per page per feed | 150 | 2.35 | 352.50 |
| 11/06/2023 | Realtime Transcript<br>per page per feed | 150 | 2.35 | 352.50 |
| 11/06/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/06/2023 | ASCII | 154 | 1.00 | 154.00 |
| 11/06/2023 | Mini/Condensed | 154 | 1.00 | 154.00 |
| 11/07/2023 | Next-Day Transcript<br>Jury Trial, Volume 15 - P.M. Session,<br>before the Honorable Carlos E.<br>Mendoza<br>DE 487 | 201 | 1.35 | 271.35 |
| 11/07/2023 | Realtime Transcript<br>per page per feed | 195 | 2.35 | 458.25 |
| 11/07/2023 | Realtime Transcript<br>per page per feed | 195 | 2.35 | 458.25 |
| 11/07/2023 | Key Word Index | 25 | 1.00 | 25.00 |
| 11/07/2023 | ASCII | 201 | 1.00 | 201.00 |
| 11/07/2023 | Mini/Condensed | 201 | 1.00 | 201.00 |
| 11/08/2023 | Next-Day Transcript<br>Jury Trial, Volume 17 - P.M. Session,<br>before the Honorable Carlos E.<br>Mendoza<br>DE 495 | 163 | 1.35 | 220.05 |
| 11/08/2023 | Realtime Transcript<br>per page per feed | 151 | 2.35 | 354.85 |
| 11/08/2023 | Realtime Transcript<br>per page per feed | 151 | 2.35 | 354.85 |
| 11/08/2023 | Key Word Index | 24 | 1.00 | 24.00 |
| 11/08/2023 | ASCII | 163 | 1.00 | 163.00 |
| 11/08/2023 | Mini/Condensed | 163 | 1.00 | 163.00 |

Point of Contact: Angie Price <aprice@kbzwlaw.com>

BALANCE DUE    **$3,752.20**

CERTIFICATION: I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

Pay invoice

**StenoSuarez, LLC**

PO Box 3574

Orlando, FL 32802

heather@stenosuarez.com

stenosuarez.com



## Estimate

| ADDRESS | | ESTIMATE | 1002 |
|---|---|---|---|
| Dustin M. Mauser-Claasen | | DATE | 10/15/2023 |
| King, Blackwell, Zehnder & Wermuth, P.A. | | | |
| 25 East Pine Street | | | |
| Orlando, FL 32801 | | | |

| EVENT DATE | PRODUCT/SERVICE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 10/30/2023 | Next-Day Transcript | 150 | 1.35 | 202.50 |
| | RE: USDC No.: 6:20-cv-02189-CEM-DCI | | | |
| | ProSlide Technology, Inc., v. WhiteWater West Industries, Ltd. | | | |
| | NOTE: This estimate is based on half days. OCRs Suzanne Trimble and Heather Suarez to split trial days. | | | |
| | Jury Trial, Volume 2, before the Honorable Carlos E. Mendoza | | | |
| 10/30/2023 | Realtime Transcript | 125 | 2.35 | 293.75 |
| | per page per feed | | | |
| 10/30/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 10/30/2023 | ASCII | 150 | 1.00 | 150.00 |
| 10/30/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 10/31/2023 | Next-Day Transcript | 150 | 1.35 | 202.50 |
| | Jury Trial, Volume 4, before the Honorable Carlos E. Mendoza | | | |
| 10/31/2023 | Realtime Transcript | 125 | 2.35 | 293.75 |
| | per page per feed | | | |
| 10/31/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 10/31/2023 | ASCII | 150 | 1.00 | 150.00 |
| 10/31/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 11/01/2023 | Next-Day Transcript | 150 | 1.35 | 202.50 |
| | Jury Trial, Volume 6, before the Honorable Carlos E. Mendoza | | | |
| 11/01/2023 | Realtime Transcript | 125 | 2.35 | 293.75 |
| | per page per feed | | | |
| 11/01/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/01/2023 | ASCII | 150 | 1.00 | 150.00 |
| 11/01/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 11/02/2023 | Next-Day Transcript | 150 | 1.35 | 202.50 |

Jury Trial, Volume 8, before the Honorable Carlos E. Mendoza

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 11/02/2023 | Realtime Transcript<br>per page per feed | 125 | 2.35 | 293.75 |
| 11/02/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/02/2023 | ASCII | 150 | 1.00 | 150.00 |
| 11/02/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 11/03/2023 | Next-Day Transcript<br>Jury Trial, Volume 10, before the Honorable Carlos E. Mendoza | 150 | 1.35 | 202.50 |
| 11/03/2023 | Realtime Transcript<br>per page per feed | 125 | 2.35 | 293.75 |
| 11/03/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/03/2023 | ASCII | 150 | 1.00 | 150.00 |
| 11/03/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 11/06/2023 | Next-Day Transcript<br>Jury Trial, Volume 12, before the Honorable Carlos E. Mendoza | 150 | 1.35 | 202.50 |
| 11/06/2023 | Realtime Transcript<br>per page per feed | 125 | 2.35 | 293.75 |
| 11/06/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/06/2023 | ASCII | 150 | 1.00 | 150.00 |
| 11/06/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |
| 11/07/2023 | Next-Day Transcript<br>Jury Trial, Volume 14, before the Honorable Carlos E. Mendoza | 150 | 1.35 | 202.50 |
| 11/07/2023 | Realtime Transcript<br>per page per feed | 125 | 2.35 | 293.75 |
| 11/07/2023 | Key Word Index | 20 | 1.00 | 20.00 |
| 11/07/2023 | ASCII | 150 | 1.00 | 150.00 |
| 11/07/2023 | Mini/Condensed | 150 | 1.00 | 150.00 |

Point of Contact: Angie Price <aprice@kbzwlaw.com>

TOTAL **$5,713.75**

CERTIFICATION: I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

Accepted By

Accepted Date



**Suzanne Trimble, CCR, RPR, CRR**
401 W. Central Boulevard, Suite 4600
Orlando, FL  32801
+1 2536773899
trimblecourtreporter@outlook.com

# Invoice

| BILL TO |
| --- |
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. |
| P.O. Box 1631 |
| Orlando, FL  32801 |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 2945 | 10/17/2023 | $5,713.75 | | | |

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/30/2023 | ProSlide v. WhiteWater 6:20-cv-02189 ESTIMATE FOR TRIAL TRANSCRIPTS 7 DAYS - ONLY 1/2 DAY OF EACH TRIAL DAY civil daily transcript copy (pdf only) Jury Trial Volume 1 | 150 | 1.35 | 202.50 |
| 10/30/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 10/30/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 10/30/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 10/30/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 10/31/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 3 | 150 | 1.35 | 202.50 |
| 10/31/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 10/31/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 10/31/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 10/31/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 11/01/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 5 | 150 | 1.35 | 202.50 |
| 11/01/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 11/01/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 11/01/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 11/01/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 11/02/2023 | civil daily transcript copy (pdf only) Jury Trial Volume 7 | 150 | 1.35 | 202.50 |
| 11/02/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 11/02/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 11/02/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |

Please make checks payable to Suzanne Trimble

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 11/02/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 11/03/2023 | civil daily transcript copy (pdf only)<br>Jury Trial Volume 9 | 150 | 1.35 | 202.50 |
| 11/03/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 11/03/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 11/03/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 11/03/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 11/06/2023 | civil daily transcript copy (pdf only)<br>Jury Trial Volume 11 | 150 | 1.35 | 202.50 |
| 11/06/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 11/06/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 11/06/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 11/06/2023 | civil daily copy transcript additional copy (ASCII) | 150 | 1.00 | 150.00 |
| 11/07/2023 | civil daily transcript copy (pdf only)<br>Jury Trial Volume 13 | 150 | 1.35 | 202.50 |
| 11/07/2023 | civil realtime 1 feed | 125 | 2.35 | 293.75 |
| 11/07/2023 | civil daily copy transcript additional copy (key word index) | 20 | 1.00 | 20.00 |
| 11/07/2023 | civil daily copy transcript additional copy (mini/condensed) | 150 | 1.00 | 150.00 |
| 11/07/2023 | civil daily copy transcript additional copy | 150 | 1.00 | 150.00 |

Certification:

I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States

/s/Suzanne Trimble

**BALANCE DUE**    **$5,713.75**

Please make checks payable to Suzanne Trimble



**Suzanne Trimble, CCR, RPR, CRR**
401 W. Central Boulevard, Suite 4600
Orlando, FL  32801
+1 2536773899
trimblecourtreporter@outlook.com

# Invoice

| BILL TO |
|---|
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| 901 New York Ave., NW |
| Washington, DC  20001 |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
|---|---|---|---|---|---|
| 2971 | 12/15/2023 | $13.20 | | | |

| DATE | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 12/12/2023 | ProSlide v. WhiteWater<br>6:20-cv-2189<br>Civil 3-Day Delivery Transcript Copy | 11 | 1.20 | 13.20 |

Certification:                                              BALANCE DUE                    **$13.20**
I certify that the transcript fees charged and page format used
comply with the requirements of this Court and the Judicial
Conference of the United States
/s/Suzanne Trimble

Please make checks payable to Suzanne Trimble



Payment receipt

# You paid $13.20

to Suzanne Trimble, CCR, RPR, CRR on 12/16/2023

| | |
|---|---|
| Invoice no. | 2971 |
| Invoice amount | $13.20 |
| Total | $13.20 |

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MU0196081279 |

Thank you



Suzanne Trimble, CCR, RPR, CRR

+1 2536773899

trimblecourtreporter@outlook.com

401 W. Central Boulevard, Suite 4600, Orlando, FL 32801

No additional transfer fees or taxes apply.

PDF_RECEIPT_MTL_FOOTER