# Exhibit D

**Printing - Courtesty Copies used in Court and for Depositions**

| Invoice Date | Description | B/W Pages | Subtotal (B/W) | Color Pages | Subtotal (Color) | Tax | Total Cost |
|---|---|---|---|---|---|---|---|
| 11/30/2023 | Trial printing | 21,121 | $ 1,900.89 | 9,937 | $ 3,477.95 | $ 322.73 | $ 5,701.57 |
| 10/31/2023 | Deposition printing | 7,152 | $ 643.68 | | | $ 38.62 | $ 682.30 |
| | | | | | **Grand total:** | | **$ 6,383.87** |

B/W printing at $0.09/page
Color printing at $0.35/page

HaystackID
accountsreceivable@haystackid.com
www.haystackid.com

# INVOICE

| | |
|---|---|
| Invoice No. | 23021915 |
| Invoice Date | 10/31/23 |
| Cust Code | FIDU |
| BRN | BRN0014628 |
| Currency | USD($) |

**Bill to:**
Finnegan, Henderson, Farabow, Garrett  DC
Benjamin Chi
901 New York Avenue NorthWest
Washington, DC 20001
USA

**Ship to:**
Finnegan, Henderson, Farabow, Garrett  DC
901 New York Avenue NorthWest
Washington, DC 20001
USA

| Customer Contact | Description | Due Date |
|---|---|---|
| Steve Ecklund | 9970.8053 | 11/30/23 |
| **Account Executive** | **Matter/Billing Number** | **Reference** |
| Sean Kiley | | Proslide Exhibit Printing |

| Quantity | Description | Unit | Unit Price | Line Amount |
|---|---|---|---|---|
| **1,490.00** | File Folders | Each | 1.00 | 1,490.00 |
| **1,490.00** | Custom Labels | Each | 0.25 | 372.50 |
| **21,121.00** | B&W Printing | Each | 0.09 | 1,900.89 |
| **9.00** | Redwelds | Each | 2.50 | 22.50 |
| **9,937.00** | Color Printing | Each | 0.35 | 3,477.95 |

| | |
|---|---|
| Subtotal | 7,263.84 |
| Total Tax | 435.83 |
| **Amount Due** | **7,699.67** |

Checks: Please make checks payable to: HaystackID LLC.
Please remit payment to:
Attn: HaystackID, LLC PO Box 95858, Chicago, IL 60694-5858
Tax ID: 90-0668512
**ACH**-BMO Harris Bank N.A. **Routing Number**: 071000288 **Account Number**: 2800787 **Currency**: $USD **SWIFT:** HATRUS44

Page    1 of  1

HaystackID
accountsreceivable@haystackid.com
www.haystackid.com

# INVOICE

| | |
|---|---|
| **Invoice No.** | 23021913 |
| **Invoice Date** | 10/31/23 |
| **Cust Code** | FIDU |
| **BRN** | BRN0014711 |
| **Currency** | USD($) |

**Bill to:**
Finnegan, Henderson, Farabow, Garrett  DC
Benjamin Chi
901 New York Avenue NorthWest
Washington, DC 20001
USA

**Ship to:**
Finnegan, Henderson, Farabow, Garrett  DC
901 New York Avenue NorthWest
Washington, DC 20001
USA

| Customer Contact | Description | Due Date |
|---|---|---|
| Steve Ecklund | Depo printing | 11/30/23 |
| **Account Executive** | **Matter/Billing Number** | **Reference** |
| Sean Kiley | 09970.8053 | |

| Quantity | Description | Unit | Unit Price | Line Amount |
|---|---|---|---|---|
| 7,152.00 | B&W Printing | Each | 0.09 | 643.68 |
| 32.00 | Redwelds | Each | 2.50 | 80.00 |
| 32.00 | Custom Labels | Each | 0.25 | 8.00 |
| | | | Subtotal | 731.68 |
| | | | Total Tax | 43.90 |
| | | | **Amount Due** | **775.58** |

Checks: Please make checks payable to: HaystackID LLC.
Please remit payment to:
Attn: HaystackID, LLC PO Box 95858, Chicago, IL 60694-5858
Tax ID: 90-0668512
**ACH**-BMO Harris Bank N.A. **Routing Number**: 071000288 **Account Number**: 2800787 **Currency**: $USD **SWIFT**: HATRUS44

Page    1 of 1