# Exhibit F-1

**HaystackID**
accountsreceivable@haystackid.com
www.haystackid.com

# INVOICE

| | |
|---|---|
| **Invoice No.** | 23021914 |
| **Invoice Date** | 10/31/23 |
| **Cust Code** | FIDU006 |
| **BRN** | BRN0014710 |
| **Currency** | USD($) |

**Bill to:**
Finnegan, Henderson, Farabow, Garrett  Boston
Seth Katz
2 Seaport Lane
Boston, MA 02210
USA

**Ship to:**
Finnegan, Henderson, Farabow, Garrett  Boston
Seth Katz
2 Seaport Lane
Boston, MA 02210
USA

| Customer Contact | Description | Due Date |
|---|---|---|
| Ed McNeil | Proslide Excel project | 11/30/23 |
| **Account Executive** | **Matter/Billing Number** | **Reference** |
| Sean Kiley | 9970.8053 | |

| Quantity | Description | Unit | Unit Price | Line Amount |
|---|---|---|---|---|
| **13,248.00** | File Conversion | Each | 0.05 | 662.40 |
| **12.40** | Project Management | Each | 150.00 | 1,860.00 |
| | | | Subtotal | 2,522.40 |
| | | | Total Tax | 0.00 |
| | | | **Amount Due** | **2,522.40** |

Checks: Please make checks payable to: HaystackID LLC.
Please remit payment to:
Attn: HaystackID, LLC PO Box 95858, Chicago, IL 60694-5858
Tax ID: 90-0668512
**ACH**-BMO Harris Bank N.A. **Routing Number**: 071000288 **Account Number**: 2800787 **Currency**: $USD **SWIFT:** HATRUS44

Page    1 of  1