# Exhibit F-2

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

## Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Timekeeper Name | Narrative | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/12/2021 | Miller, Faye | Review files loaded into Relativity to be produced; send to attorney team; create ShareFile link of Infringement Contentions to send to client. | 0.5 | $370 | $185 |
| 11/1/2021 | Miller, Faye | Load documents into Relativity for production. | 0.4 | $370 | $148 |
| 1/14/2022 | Gardon, Regino | Intaking and uploading WhiteWater 03 production. | 0.3 | $370 | $111 |
| 8/3/2022 | Little, Herbert | Exporting documents from Relativity and moving them to the Finnegan network for review. | 5.8 | $370 | $2,146 |
| 8/4/2022 | Little, Herbert | Exporting documents from Relativity and moving them to the Finnegan network for review. | 5.5 | $370 | $2,035 |
| 8/9/2022 | Kowieski, Christopher | Exporting Native productions from Relativity as per case manager request. | 1.2 | $275 | $330 |
| 8/19/2022 | McNeil, III, Edward J. | PST Collection create in Relativity STR, initial 3 custodian searches. | 2.5 | $380 | $950 |
| 8/20/2022 | McNeil, III, Edward J. | PST Collection create in Relativity STR, initial 3 custodian searches. | 2.5 | $380 | $950 |
| 8/21/2022 | McNeil, III, Edward J. | PST Collection create in Relativity STR, initial 3 custodian searches. | 2.5 | $380 | $950 |

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

## Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Timekeeper Name | Narrative | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/22/2022 | Gardon, Regino | Create 15 processing sets for custodians C. Choade, D. Rozon, and D. Alexander in the Relativity workspace. | 0.2 | $370 | $74 |
| 8/22/2022 | McNeil, III, Edward J. | PST collection processing and validation in Relativity per attorney request. | 2.5 | $380 | $950 |
| 8/23/2022 | McNeil, III, Edward J. | PST collection processing and validation in Relativity per attorney request. | 2.5 | $380 | $950 |
| 8/24/2022 | Mitchell, Austin | PST collection STR creation and reporting per custodian, per term set in Relativity per attorney request | 3.0 | $380 | $1,140 |
| 8/24/2022 | McNeil, III, Edward J. | PST collection processing and validation in Relativity per attorney request. | 2.5 | $380 | $950 |
| 8/25/2022 | McNeil, III, Edward J. | PST collection processing and validation in Relativity per attorney request. | 2.5 | $380 | $950 |
| 8/26/2022 | McNeil, III, Edward J. | PST collection processing and validation in Relativity per attorney request. | 2.5 | $380 | $950 |
| 9/21/2022 | Katz, Seth D. | Download Whitewater's production volume 12 and send instructions and documents to IT litigation support to load into Relativity for attorney review and use. | 1.6 | $440 | $704 |

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

## Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Timekeeper Name | Narrative | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/26/2022 | Katz, Seth D. | Download Whitewater's production volume 013 | 1.5 | $440 | $660 |
| 9/29/2022 | Katz, Seth D. | Download Whitewater's production volumes 014 through 016 | 2.5 | $440 | $1,100 |
| 10/3/2022 | Katz, Seth D. | Download WhiteWater's supplemental production from October 2, 2022; unlock native documents from this production and send to attorneys for their review and use. | 1.5 | $440 | $660 |
| 10/11/2022 | Kowieski, Christopher | Exporting PDFs from Relativity to the network as per case manager request. | 0.3 | $275 | $83 |
| 10/18/2022 | Little, Herbert | Exporting documents from Relativity. | 0.5 | $370 | $185 |
| 11/3/2022 | Kowieski, Christopher | Exporting PDFs from Relativity to the Finnegan network as per case manager request. | 1.9 | $275 | $523 |
| 11/3/2022 | Little, Herbert | Exporting documents from Relativity. | 0.3 | $370 | $111 |
| 11/3/2022 | Little, Herbert | Exporting documents from Relativity. | 0.5 | $370 | $185 |
| 11/3/2022 | Little, Herbert | Exporting documents from Relativity. | 2.0 | $370 | $740 |
| 11/4/2022 | Kowieski, Christopher | Exporting PDFs from Relativity to Finnegan network as per case manager request. | 1.3 | $275 | $358 |

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

## Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Timekeeper Name | Narrative | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/4/2022 | Little, Herbert | Confirming documents have been exported from Relativity. | 1.5 | $370 | $555 |
| 11/7/2022 | Kowieski, Christopher | Exporting PDFs from Relativity to Finnegan network as per case manager request. | 0.7 | $275 | $193 |
| 11/10/2022 | Little, Herbert | Overlaying images into Relativity. | 1.5 | $370 | $555 |
| 11/14/2022 | Little, Herbert | Exporting data from Relativity and placing it on the Finnegan network. | 0.5 | $370 | $185 |
| 11/28/2022 | Kowieski, Christopher | Exporting and OCRing PDFs from Relativity to Finnegan network as per case manager request. | 3.7 | $275 | $1,018 |
| 12/3/2022 | Katz, Seth D. | Download WhiteWater's document production volume WHITEWATER035; prepare this production volume for loading into Relativity and send to IT Litigation Support for loading. | 0.5 | $440 | $220 |
| 1/10/2023 | Little, Herbert | Exporting documents from Relativity. | 0.5 | $393 | $192 |
| 1/10/2023 | Little, Herbert | Exporting documents from Relativity. | 0.1 | $395 | $36 |
| 1/10/2023 | Little, Herbert | Exporting documents from Relativity. | 0.8 | $389 | $300 |
| 1/10/2023 | Little, Herbert | Exporting documents from Relativity. | 0.2 | $387 | $58 |

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

## Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Timekeeper Name | Narrative | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/31/2023 | McNeil, III, Edward J. | Export PDFs and natives from Relativity for Rebuttal per case manager request. | 0.1 | $391 | $31 |
| 1/31/2023 | McNeil, III, Edward J. | Export PDFs and natives from Relativity for Rebuttal per case manager request. | 0.1 | $406 | $49 |
| 3/29/2023 | Kowieski, Christopher | Exporting PDFs from Relativity to the Finnegan network. | 0.3 | $290 | $87 |
| 4/6/2023 | Kowieski, Christopher | Exporting PDFs from Relativity to the Finnegan network. | 0.4 | $290 | $116 |
| 4/11/2023 | McNeil, III, Edward J. | Export documents to PDF in Relativity per case manager request. | 0.2 | $400 | $80 |
| 4/20/2023 | Kowieski, Christopher | Exporting PDFs from Relativity to the Finnegan network. | 0.9 | $290 | $261 |
| 7/5/2023 | Little, Herbert | Exporting documents from Relativity. | 0.8 | $390 | $312 |
| 7/13/2023 | McNeil, III, Edward J. | Prepare and export large PDF exhibit files from Relativity per case manager request. | 3.1 | $400 | $1,240 |
| 7/14/2023 | McNeil, III, Edward J. | Report on opposing production data sets per case manager request in Relativity. | 0.3 | $400 | $120 |
| 7/17/2023 | Kowieski, Christopher | Exporting PDFs of a production from Relativity to Sharefile. | 0.2 | $290 | $58 |

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

## Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Timekeeper Name | Narrative | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/11/2023 | McNeil, III, Edward J. | Export files and prepare exhibits in Relativity per attorney request | 1.4 | $400 | $560 |
| 9/18/2023 | Little, Herbert | Exporting PDFs from Relativity. | 0.3 | $390 | $117 |
| 9/21/2023 | Little, Herbert | Exporting PDFs form Relativity. | 0.3 | $390 | $117 |
| 10/4/2023 | Gardon, Regino | Created load files for exhibit lists and imported them to the Relativity workspace; conducted QC and reviewed the data. | 4.5 | $370 | $1,665 |
| 10/4/2023 | Kowieski, Christopher | Overlaying Exhibit numbers into Relativity workspace for case team. | 1.1 | $290 | $319 |
| 10/6/2023 | Kowieski, Christopher | Overlaying Exhibit numbers into Relativity workspace. | 0.5 | $290 | $145 |
| 10/7/2023 | McNeil, III, Edward J. | Update, overlay and QC exhibits into Relativity. | 2.0 | $400 | $800 |
| 10/11/2023 | Kowieski, Christopher | Exporting searchable PDFs/Natives from Relativity to the Finnegan network. | 0.7 | $290 | $203 |

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

**Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter**

| Work Date | Timekeeper Name | Narrative | Billable Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/13/2023 | Kowieski, Christopher | Exporting searchable PDFs from Relativity to the Finnegan network. | 1.4 | $290 | $406 |
| 10/19/2023 | Little, Herbert | Creating a csv file to load into Relativity. | 0.3 | $390 | $117 |
| 10/31/2023 | Little, Herbert | Exporting PDFs from Relativity. | 0.3 | $390 | $117 |
|  |  |  |  |  |  |
|  |  | **Total** | **79.9** |  | **$29,307** |