# Exhibit F-3

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

### Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Narrative | Total Docs Hosted (Documents) | Production (Documents) | Production (Pages) | Hosting (GB) | Hosting Cost ($) | License Cost ($) | Processing Cost ($) | Production Cost ($) | 3rd Party Loading Cost ($) | Billed Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2021 | E-Discovery May 2021 activities | 26 | 22 | 2,644 | 0.94 | $11 | $0 | $0 | $19 | $81 | $111 |
| 6/30/2021 | E-Discovery June 2021 activities | 26 | 0 | 0 | 1.19 | $14 | $0 | $0 | $0 | $0 | $14 |
| 7/31/2021 | E-Discovery July 2021 activities | 42 | 0 | 0 | 1.70 | $20 | $0 | $27 | $0 | $0 | $47 |
| 8/31/2021 | E-Discovery August 2021 activities | 42 | 16 | 3,150 | 2.69 | $32 | $0 | $0 | $108 | $0 | $140 |
| 9/30/2021 | E-Discovery September 2021 activities | 42 | 0 | 0 | 2.90 | $35 | $0 | $0 | $0 | $0 | $35 |

Definition of costs:
1. Hosting Cost: Cost to access documents relating to the matter within our review software platform called Relativity.
2. License Cost: User fee for Relativity access.
3. Processing Cost: The ingestion of data from collected Electronic Stored Information ("ESI") which often includes the extraction of files from pst and zip archives, separation of attachments, and conversion of files to load into the review tool. The extraction of text and metadata occurs during this process.
4. Production Cost: Converting relevant files that meet the criteria of the discovery request into the format specified in the ESI order for production.
5. 3rd Party Loading Cost: Loading of incoming data from opponents to the review workspace.

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

### Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Narrative | Total Docs Hosted (Documents) | Production (Documents) | Production (Pages) | Hosting (GB) | Hosting Cost ($) | License Cost ($) | Processing Cost ($) | Production Cost ($) | 3rd Party Loading Cost ($) | Billed Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2021 | E-Discovery October 2021 activities | 42 | 0 | 0 | 3.15 | $38 | $0 | $0 | $0 | $0 | $38 |
| 11/30/2021 | E-Discovery November 2021 activities | 673 | 493 | 4,816 | 11.04 | $132 | $0 | $184 | $2,031 | $0 | $2,347 |
| 12/31/2021 | E-Discovery December 2021 activities | 805 | 121 | 926 | 13.86 | $166 | $0 | $89 | $0 | $18 | $273 |
| 1/31/2022 | E-Discovery January 2022 activities | 805 | 0 | 0 | 42.42 | $509 | $375 | $0 | $294 | $266 | $1,444 |

Definition of costs:
1. Hosting Cost: Cost to access documents relating to the matter within our review software platform called Relativity.
2. License Cost: User fee for Relativity access.
3. Processing Cost: The ingestion of data from collected Electronic Stored Information ("ESI") which often includes the extraction of files from pst and zip archives, separation of attachments, and conversion of files to load into the review tool. The extraction of text and metadata occurs during this process.
4. Production Cost: Converting relevant files that meet the criteria of the discovery request into the format specified in the ESI order for production.
5. 3rd Party Loading Cost: Loading of incoming data from opponents to the review workspace.

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

### Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Narrative | Total Docs Hosted (Documents) | Production (Documents) | Production (Pages) | Hosting (GB) | Hosting Cost ($) | License Cost ($) | Processing Cost ($) | Production Cost ($) | 3rd Party Loading Cost ($) | Billed Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/28/2022 | E-Discovery February 2022 activities | 21,343 | 12,727 | 34,811 | 264.14 | $2,113 | $375 | $3,271 | $2,625 | $1,303 | $9,687 |
| 3/31/2022 | E-Discovery March 2022 activities | 21,437 | 93 | 432 | 43.03 | $344 | $375 | $43 | $54 | $0 | $816 |
| 4/30/2022 | E-Discovery April 2022 activities | 21,437 | 0 | 0 | 265.60 | $2,125 | $300 | $0 | $0 | $0 | $2,425 |
| 5/31/2022 | E-Discovery May 2022 activities | 21,437 | 0 | 0 | 266.59 | $2,133 | $150 | $0 | $0 | $0 | $2,283 |
| 6/30/2022 | E-Discovery June 2022 activities | 21,437 | 0 | 0 | 266.59 | $2,133 | $150 | $0 | $0 | $0 | $2,283 |
| 7/31/2022 | E-Discovery July 2022 activities | 24,418 | 2,747 | 8,093 | 326.02 | $2,608 | $0 | $250 | $561 | $452 | $ 3,872 |

Definition of costs:
1. Hosting Cost: Cost to access documents relating to the matter within our review software platform called Relativity.
2. License Cost: User fee for Relativity access.
3. Processing Cost: The ingestion of data from collected Electronic Stored Information ("ESI") which often includes the extraction of files from pst and zip archives, separation of attachments, and conversion of files to load into the review tool.  The extraction of text and metadata occurs during this process.
4. Production Cost: Converting relevant files that meet the criteria of the discovery request into the format specified in the ESI order for production.
5. 3rd Party Loading Cost: Loading of incoming data from opponents to the review workspace.

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

### Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Narrative | Total Docs Hosted (Documents) | Production (Documents) | Production (Pages) | Hosting (GB) | Hosting Cost ($) | License Cost ($) | Processing Cost ($) | Production Cost ($) | 3rd Party Loading Cost ($) | Billed Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/2022 | E-Discovery August 2022 activities | 1,167,052 | 2,604 | 0 | 985.07 | $7,881 | $0 | $5,212 | $75 | $45 | $13,212 |
| 9/30/2022 | E-Discovery September 2022 activities | 1,175,195 | 38,200 | 206,209 | 1,446.94 | $11,576 | $150 | $587 | $1,283 | $1,105 | $14,701 |
| 10/31/2022 | E-Discovery October 2022 activities | 1,175,195 | 62,405 | 215,885 | 2,098.42 | $10,492 | $0 | $0 | $0 | $0 | $10,492 |
| 11/30/2022 | E-Discovery November 2022 activities | 1,175,219 | 47,926 | 324,570 | 2,647.97 | $13,240 | $450 | $25 | $2,566 | $143 | $16,423 |

Definition of costs:
1. Hosting Cost: Cost to access documents relating to the matter within our review software platform called Relativity.
2. License Cost: User fee for Relativity access.
3. Processing Cost: The ingestion of data from collected Electronic Stored Information ("ESI") which often includes the extraction of files from pst and zip archives, separation of attachments, and conversion of files to load into the review tool.  The extraction of text and metadata occurs during this process.
4. Production Cost: Converting relevant files that meet the criteria of the discovery request into the format specified in the ESI order for production.
5. 3rd Party Loading Cost: Loading of incoming data from opponents to the review workspace.

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

### Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Narrative | Total Docs Hosted (Documents) | Production (Documents) | Production (Pages) | Hosting (GB) | Hosting Cost ($) | License Cost ($) | Processing Cost ($) | Production Cost ($) | 3rd Party Loading Cost ($) | Billed Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2022 | E-Discovery December 2022 activities | 1,175,278 | 966 | 8,478 | 2,678.35 | $13,392 | $525 | $37 | $37 | $306 | $14,297 |
| 1/31/2023 | E-Discovery January 2023 activities | 1,175,309 | 31 | 31 | 2,673.45 | $13,367 | $450 | $0 | $0 | $0 | $13,817 |
| 2/28/2023 | E-Discovery February 2023 activities | 1,175,309 | 0 | 0 | 2,673.45 | $13,367 | $225 | $0 | $0 | $0 | $ 13,592 |
| 3/31/2023 | E-Discovery March 2023 activities | 1,175,309 | 0 | 0 | 2,673.45 | $13,367 | $225 | $0 | $0 | $0 | $13,592 |
| 4/30/2023 | E-Discovery April 2023 activities | 1,175,309 | 0 | 0 | 2,673.45 | $13,367 | $450 | $0 | $0 | $10 | $13,827 |

Definition of costs:
1. Hosting Cost: Cost to access documents relating to the matter within our review software platform called Relativity.
2. License Cost: User fee for Relativity access.
3. Processing Cost: The ingestion of data from collected Electronic Stored Information ("ESI") which often includes the extraction of files from pst and zip archives, separation of attachments, and conversion of files to load into the review tool.  The extraction of text and metadata occurs during this process.
4. Production Cost: Converting relevant files that meet the criteria of the discovery request into the format specified in the ESI order for production.
5. 3rd Party Loading Cost: Loading of incoming data from opponents to the review workspace.

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

### Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter

| Work Date | Narrative | Total Docs Hosted (Documents) | Production (Documents) | Production (Pages) | Hosting (GB) | Hosting Cost ($) | License Cost ($) | Processing Cost ($) | Production Cost ($) | 3rd Party Loading Cost ($) | Billed Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2023 | E-Discovery May 2023 activities | 1,175,309 | 0 | 0 | 2,674.54 | $13,373 | $450 | $0 | $0 | $11 | $13,834 |
| 6/30/2023 | E-Discovery June 2023 activities | 1,175,309 | 0 | 0 | 2,674.57 | $13,373 | $300 | $0 | $0 | $10 | $13,683 |
| 7/31/2023 | E-Discovery July 2023 activities | 1,175,309 | 3 | 75 | 2,674.97 | $13,375 | $225 | $0 | $17 | $0 | $13,616 |
| 8/31/2023 | E-Discovery August 2023 activities | 1,175,309 | 0 | 0 | 2,674.97 | $13,375 | $225 | $0 | $0 | $0 | $13,600 |
| 9/30/2023 | eDiscovery September 2023 activities | 1,175,440 | 129 | 455 | 2,676.92 | $13,385 | $150 | $30 | $75 | $10 | $13,649 |

Definition of costs:
1. Hosting Cost: Cost to access documents relating to the matter within our review software platform called Relativity.
2. License Cost: User fee for Relativity access.
3. Processing Cost: The ingestion of data from collected Electronic Stored Information ("ESI") which often includes the extraction of files from pst and zip archives, separation of attachments, and conversion of files to load into the review tool.  The extraction of text and metadata occurs during this process.
4. Production Cost: Converting relevant files that meet the criteria of the discovery request into the format specified in the ESI order for production.
5. 3rd Party Loading Cost: Loading of incoming data from opponents to the review workspace.

**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
**901 New York Avenue, NW Washington, DC 20001-4413**

ProSlide Technology, Inc. v. Whitewater (09970.8053-00000 and 09970.8053-00001)

Wednesday, December 20, 2023
Proslide Technology, Inc.,
2650 Queensview Dr., Suite 150, Ottawa, ON
Responsible Partner: James Barney

**Summary of Charges Associated with Receipt and Production of Electronic Production Since Inception of Matter**

| Work Date | Narrative | Total Docs Hosted (Documents) | Production (Documents) | Production (Pages) | Hosting (GB) | Hosting Cost ($) | License Cost ($) | Processing Cost ($) | Production Cost ($) | 3rd Party Loading Cost ($) | Billed Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2023 | eDiscovery October 2023 activities | 1,175,440 | 2 | 55 | 2,680.19 | $13,401 | $150 | $0 | $75 | $10 | $13,636 |
|  | Total | 1,175,440 | 168,485 | 810,630 |  | $202,744 | $5,700 | $9,754 | $9,819 | $3,771 | **$231,787** |

Definition of costs:
1. Hosting Cost: Cost to access documents relating to the matter within our review software platform called Relativity.
2. License Cost: User fee for Relativity access.
3. Processing Cost: The ingestion of data from collected Electronic Stored Information ("ESI") which often includes the extraction of files from pst and zip archives, separation of attachments, and conversion of files to load into the review tool.  The extraction of text and metadata occurs during this process.
4. Production Cost: Converting relevant files that meet the criteria of the discovery request into the format specified in the ESI order for production.
5. 3rd Party Loading Cost: Loading of incoming data from opponents to the review workspace.