UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PROSLIDE TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>WHITEWATER WEST INDUSTRIES, LTD.,<br><br>Defendant. | Case No.: 6:20-cv-02189-CEM-DCI |

**DECLARATION OF ANTHONY J. BERLENBACH IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

I, Anthony J. Berlenbach, declare as follows:

1. I am an attorney with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff ProSlide Technology, Inc. in this case.

2. I am an active member in good standing of the District of Columbia bar and am admitted to practice before courts in the District of Columbia and the U.S. Patent and Trademark Office. I have been admitted to appear before this Court *pro hac vice*. (Doc. 14.).

3. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have knowledge of the matters set forth herein, either as a direct participant in the matters described, or in my capacity as one of the attorneys responsible for handling this case.

4. A true and correct copy of WhiteWater's Responses and Objections to ProSlide's First Set of Requests for Admission, dated October 14, 2022, is attached hereto as **Exhibit A**.

5. A true and correct copy of a comparison showing WhiteWater's redlines to the draft Joint Final Pretrial Statement Responses, dated April 6, 2023, is attached hereto as **Exhibit B**.

6. A table including excerpts from a true and correct copy of WhiteWater's Responses and Objections to ProSlide's First Set of Interrogatories, dated August 2, 2021, and excerpts from a true and correct copy of a comparison showing WhiteWater's redlines to the draft Joint Final Pretrial Statement Responses dated April 6, 2023, is attached hereto as **Exhibit C**.

7. A true and correct copy of WhiteWater's Supplemental Responses and Objections to ProSlide's Second Set of Interrogatories, dated July 8, 2022, is attached hereto as **Exhibit D**.

8. A true and correct copy of excerpts of the deposition transcript of Dr. Glen Stevick, Volume 1, dated January 13, 2023, is attached hereto as **Exhibit E**.

9. A true and correct copy of WhiteWater's clean, untracked edits to the draft Joint Final Pretrial Statement Responses dated June 26, 2023, is attached hereto as **Exhibit F**.

10. A true and correct copy of correspondence from counsel for ProSlide to counsel for WhiteWater, dated October 30, 2023, is attached hereto as **Exhibit G**.

11. A true and correct copy of the demonstratives for WhiteWater's opening statement, presented at trial on October 30, 2023, is attached hereto as **Exhibit H**.

12. A true and correct copy of WhiteWater's Responses and Objections to ProSlide's First Set of Interrogatories, dated August 2, 2021, is attached hereto as **Exhibit I**.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 26, 2023.

*/s/ Anthony J. Berlenbach*
Anthony J. Berlenbach

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on December 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Dustin Mauser-Claassen*
Dustin Mauser-Claassen